AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: | Susan E. Fairchild | Telephone: (313) 226-9577 |
| Agent: | Mark I. Vincent | Telephone: (810) 989-5056 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
  v.
Agustin BELTRAN-SANCHEZ

Case No.

Case: 2:25−mj−30022
Assigned To : Unassigned
Assign. Date : 1/28/2025
Description: CMP USA V. BELTRAN−SANCHEZ (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 27, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about January 27, 2025, in the Eastern District of Michigan, Agustin BELTRAN-SANCHEZ, an alien from Mexico was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about June 28, 2017, at or near Laredo, Texas, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Mark I. Vincent, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 28, 2025

*Judge's signature*

City and state: Detroit, Michigan

Hon. Kimberly Altman, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Mark I. Vincent, declare the following under penalty of perjury:

1. I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 14, 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases. I have also reviewed the official immigration file and system automated data relating to Agustin BELTRAN-SANCHEZ, which attests to the following:

2. The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3. Agustin BELTRAN-SANCHEZ is a thirty-five-year-old native and citizen of Mexico, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4. On July 12, 2007, BELTRAN-SANCHEZ was encountered by United States Border Patrol Agents near Chesterfield Township, Michigan. BELTRAN-SANCHEZ was seventeen years old and accompanied by his mother during this encounter. BELTRAN-SANCHEZ and his mother were issued a Notice to Appear and released from custody pending a future court date with an Immigration Judge.

5. On June 12, 2008, BELTRAN-SANCHEZ was granted a Voluntary Departure by an Immigration Judge in Detroit, Michigan. BELTRAN-SANCHEZ was ordered to depart the United States no later than October 10, 2008.

6. On September 17, 2010, BELTRAN-SANCHEZ was encountered by the Utica Police Department in Utica, Michigan. BELTRAN-SANCHEZ was charged with Driving Without a License.

7. On September 20, 2010, BELTRAN-SANCHEZ was encountered by the Detroit Fugitive Operations Team at the Utica Police Department in Utica, Michigan. BELTRAN-SANCHEZ was taken into ICE custody and processed for removal.

8.      On September 28, 2010, BELTRAN-SANCHEZ was removed from the United States to Mexico via the Laredo, Texas Port of Entry.

9.      On November 1, 2010, BELTRAN-SANCHEZ failed to appear for his court date related to his previous encounter with the Utica Police Department. A bench warrant was issued for his arrest.

10.     On May 13, 2012, BELTRAN-SANCHEZ was encountered by United States Border Patrol Agents near Laredo, Texas. BELTRAN-SANCHEZ's prior order of removal was reinstated.

11.     BELTRAN-SANCHEZ was removed from the United States to Mexico on May 14, 2012, via the Laredo, Texas, Port of Entry.

12.     On April 29, 2017, BELTRAN-SANCHEZ was encountered by United States Border Patrol Agents near Laredo, Texas. BELTRAN-SANCHEZ's prior order of removal was reinstated, and he was also charged with a violation of 8 USC §1325, Illegal Entry into the United States.

13.     On May 1, 2017, BELTRAN-SANCHEZ was convicted of Illegal Entry into the United States and was sentenced to twenty-five days' confinement.

14.     On May 19, 2017, BELTRAN-SANCHEZ was removed from the United States to Mexico, via the Laredo, Texas, Port of Entry.

15.     On May 27, 2017, BELTRAN-SANCHEZ was encountered by United States Border Patrol Agents near Roma, Texas. BELTRAN-SANCHEZ's prior order of removal was again reinstated, and he was again charged with a violation of 8 USC § 1325, Illegal Entry into the United States.

16.     On May 30, 2017, BELTRAN-SANCHEZ was convicted of Illegal Entry into the United States and sentenced to thirty days' confinement.

17.     On June 28, 2017, BELTRAN-SANCHEZ was removed from the United States to Mexico, via the Laredo, Texas, Port of Entry.

18.     On January 27, 2025, BELTRAN-SANCHEZ was encountered by United States Border Patrol Agents near Sterling Heights, Michigan. BELTRAN-SANCHEZ's prior order of removal was Reinstated.

19. Review of the alien file (A# xxx xxx 697) for BELTRAN-SANCHEZ, and queries in U.S. Border Patrol computer databases confirm no record exists of BELTRAN-SANCHEZ obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his most recent removal on June 28, 2017.

20. Based on the above information, I believe there is probable cause to conclude that Agustin BELTRAN-SANCHEZ, is an alien who was found in the United States after removal, without having obtained the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 USC § 1326(a).

Mark I. Vincent, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Kimberly Altman
United States Magistrate Judge

Dated: January 28, 2025